| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) PRATT, ROBERT W | 2. Court or Organization US DISTRICT COURT - SO IOWA | 3. Date of Report 5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT COURT JUDGE-ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address US COURTHOUSE 123 E. WALNUT STREET DES MOINES, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 18 A 10: 44 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.  2004 | STATE OF IOWA - WAGES |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.

| SOURCE | DESCRIPTION |
|---|---|
| 1.  American Constitutional Society | June 18-20 - Washington, DC, Panel on Constitutionality of Tort Reform (Travel & Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   BANKERS TRUST COMPANY | A | Interest | J | T | | | | | |
| 2.   MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3.   ACTIVE ASSETS MONEY TRUST | A | Interest | K | T | | | | | |
| 4.   FED HOME LN BANK 5.770% | A | Interest | | | SOLD | 2/3 | K | A | |
| 5.   IOWA FIN AUTH IOWA UNDERGROUND STORAGE REV TANK FD-A | A | Interest | | | SOLD | 7/1 | K | | |
| 6.   IOWA FIN AUTH IOWA UNDER GROUND STORAGE TANK FD REV | A | Interest | | | SOLD | 12/10 | J | | |
| 7.   DES MOINES IA AREA CMNTY CLG | A | Interest | | | SOLD | 6/1 | K · | A | |
| 8.   IOWA HIGHER ED LN AUTH REV PVT CLG FAC CENTER | C | Interest | M | T | | | | | |
| 9.   IOWA ST BRD REGENTS AUD REV ST UNIV OF IOWA | B | Interest | K | T | | | | | |
| 10.   INDIANA ST HSG FIN AUTH SINGLE FAMILY MTG REV | A | Interest | | | SOLD | 7/1 | J | | |
| 11.   KIRKWOOD CMNTY CLG IA NEW JOBS TRAINING CTFS | B | Interest | K | T | | | | | |
| 12.   MARSHALLTOWN IA SWR REV SER A BK QUAL | B | Interest | L | T | | | | | |
| 13.   MAUI CNTY HAWAII GENERAL OBLIGATION RFDG | A | Interest | | | SOLD | 4/20 | J | | |
| 14.   PORT EVERETT WA REV REF SER B 4.30% | B | Interest | L | T | | | | | |
| 15.   ROSEMOUNT MN PORT AUTH RFDG MU N BLDG SER A | A | Interest | | | SOLD | 2/2 | L | A | |
| 16.   OMAHA PUB PWR DIST NEB ELEC REV SER E BE OID | A | Interest | K | T | | | | | |
| 17.   ARKANSAS ST DEV FIN AUTH SNGL FAM MTG SER E GNMA FNMA | B | Interest | K. | T | PARTIAL SALE | 6/3 | J | | |
| 18.   NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D | B | Interest | K | T | PARTIAL SALE | 2/3 | J | | |

| 1. Income/Gain Codes: | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| (See Columns C1 and D3) | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER E | | | | | PARTIAL SALE | 8/4 | J | | |
| 20. KANSAS ST DEPT TRANSN HWY REV SER-A | B | Interest | K | T | | | | | |
| 21. IOWA ST UNIV SCIENCE TECHNOLOGY REV REF UTIL | B | Interest | K | T | | | | | |
| 22. MOHAVE CNTY AZ INDL DEV AUTH I/D/R CTZNS UTIL CO ID | B | Interest | K | T | | | | | |
| 23. FED HOME LN BNK - 5.4% | A | Interest | | | SOLD | 2/24 | K | | |
| 24. URBANDALE IA GENERAL OBLIGATION | A | Interest | | | SOLD | 6/1 | J | A | |
| 25. BELOIT WIS SWR SYS REV | A | Interest | | | SOLD | 7/1 | J | | |
| 26. WEATHERFORD TEX UTIL SYS | A | Interest | | | SOLD | 9/1 | K | A | |
| 27. MASS ST HSG FIN AGY SINGLE FAMILY | A | Interest | | | SOLD | 12/1 | J | | |
| 28. ALBUQUERQUE NM JT WTR & SWR | A | Interest | J | T | | | | | |
| 29. MAINE ST HSG AUTH PRU SER-A | B | Interest | K | T | | | | | |
| 30. BOULDER VALLEY COLO SCHOOL DISTRICT RE2 | A | Interest | K | T | | | | | |
| 31. MADISON COUNTY MISS SCHOOL DISTRICT | A | Interest | | | SOLD | 6/1 | J | | |
| 32. WICHITA KANSAS GENERAL OBLIGATION | A | Interest | J | T | | | | | |
| 33. NORTH DAKOTA ST HSG FIN AGY MTG | B | Interest | K | T | | | | | |
| 34. SNOHOMISH & ISLAND COUNTY WA SCHOOL DISTRICT-401 | A | Interest | K | T | | | | | |
| 35. NEW ORLEANS LA HOME MTG FIN AUTH | A | Interest | | | PARTIAL SALE | 5/11 | J | | |
| 36. NEW ORLEANS LA HOME MTG FIN AUTH | | | | | SOLD | 12/1 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. IOWA ST SPECIAL FUND VISION | B | Interest | L | T | | | | | |
| 38. YSLETA TX INDPT SCH DIST PUB FAC CORP LEASE REV | A | Interest | K | T | | | | | |
| 39. RAMSEY & WASHINGTON CNTYS MN RES REC REF NORTHER ST | A | Interest | K | T | | | | | |
| 40. IOWA STATE SPECIAL FUND VISION | B | Interest | L | T | | | | | |
| 41. STATE UNIV IOWA REVS CLGE SVGS PRGM ZERO COUPON | A | Interest | K | T | | | | | |
| 42. BRAZOS RIVER AUTH TX PCR REF TX ELEC SER A | A | Interest | | | SOLD | 4/1 | K | A | |
| 43. FORD MOTOR CREDIT NTS | B | Interest | K | T | | | | | |
| 44. GENERAL MOTORS ACCEPT CORP | C | Interest | L | T | | | | | |
| 45. GREENWOOD TRUST CO NEW CASTLE DE | B | Interest | | | SOLD | 7/19 | L | | |
| 46. DISCOVER BANK CD | C | Interest | L | T | | | | | |
| 47. OREGON ST ELDERLY & DISABLED HSG SER-A 2.750% | A | Interest | K | T | | | | | |
| 48. ALASKA HSG FIN CORP HSG DEV SER-B 3.550% | A | Interest | K | T | | | | | |
| 49. COOK CO IL FST PRESV DIST REF SER-A 3.625% | A | Interest | K | T | | | | | |
| 50. WINONA CNTY MINN CAP IMPT PLAN SER-A 3.600% | A | Interest | K | T | | | | | |
| 51. WICHITA KS GENL OBLIG SER 769 UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 52. WITCHITA KS GENL OBLIG SER 769 UNLTD TAX 3.600% | A | Interest | K | T | | | | | |
| 53. SIOUX CITY IOWA GEN OBLIG UNLTD TAX 3.500% | B | Interest | L | T | | | | | |
| 54. WEST DES MOINES IOWA GEN OBLIG SER-C 3.600% | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. CONNECTICUT ST HLTH EDL FACS AUTH UIV HARTFORD SER-E 4.000 | A | Interest | K | T | | | | | |
| 56. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 57. OMAHA NE ARPT AUTH ARPT REV REF-FACS 4.000% | A | Interest | J | T | | | | | |
| 58. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 59. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 60. GLENCOE ILL GENL OBLIG BK QUAL UNLTD TAX 4.100% | B | Interest | K | T | | | | | |
| 61. BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | K | T | | | | | |
| 62. WASHINGTON CNTY WISC GENL OBLIG PROM NTS 4.000% | A | Interest | K | T | | | | | |
| 63. WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |
| 64. WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | A | Interest | K | T | | | | | |
| 65. BOYDEN HULL IOWA CMNTY SCH DIST 4.300% | A | Interest | K | T | | | | | |
| 66. ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |
| 67. PALM BEACH CNTY FL SCH BRD CTFS PARTN REV SER-A 4.000% | A | Interest | K | T | | | | | |
| 68. OREGON ST DEPT ADMIN SVCS SALEM OREGON SER-C 4.000% | A | Interest | K | T | | | | | |
| 69. AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 70. UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | B | Interest | K | T | | | | | |
| 71. CAPITAL ONE BANK GLEN ALLEN VA CD 5.000% | C | Interest | M | T | | | | | |
| 72. W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. SHAKOPEE IMPT BE 4.000% | A | Interest | K | T | | | | | |
| 74. SCHILLER GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 75. SCHILLER GO-C BE 4.000% | B | Interest | L | T | | | | | |
| 76. IA ST UNIV SCI & TECH | A | Interest | K | T | | | | | |
| 77. FLA HSG FIN CORP SER F | A | Interest | K | T | | | | | |
| 78. IA ST UNIV SCI & TECH | C | Interest | L | T | | | | | |
| 79. GMAC | B | Interest | K | T | | | | | |
| 80. PR HWYS TRANS | A | Interest | K | T | | | | | |
| 81. DES MOINES STORM | B | Interest | L | T | | | | | |
| 82. LITTLE ELM TEX ISD | A | Interest | J | T | | | | | |
| 83. ILL ST CLG SVGS ZERO | A | Interest | J | T | | | | | |
| 84. NYC GO SER-A | B | Interest | K | T | | | | | |
| 85. GMAC | B | Interest | K | T | | | | | |
| 86. CAPITAL JUMBO CD | C | Interest | L | T | | | | | |
| 87. MADISON WISC SWR-A | B | Interest | K | T | | | | | |
| 88. ALTOONA IA GO | A | Interest | K | T | | | | | |
| 89. WESTERN DUBUQUE CO SD | A | Interest | K | T | | | | | |
| 90. ODESSA TX HSG FIN CORP ZERO COUPON | A | Interest | J | T | BUY | 5/3 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. MINN HIGHER EDUC FACS AUTH | A | Interest | J | T | BUY | 5/3 | J | | |
| 92. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | J | T | BUY | 5/3 | J | | |
| 93. DOUGLAS CO COLO SCH DIST 1 ZERO | A | Interest | K | T | BUY | 5/3 | K | | |
| 94. WASH ST GEN OBLIG MOTOR VEH FUEL TAX ZERO | B | Interest | K | T | BUY | 6/16 | K | | |
| 95. E-470 PUB HWY AUTH COLO ZERO | B | Interest | L | T | BUY | 6/17 | L | | |
| 96. WILL CNTY ILL SCH DIST NO 122 ZERO | A | Interest | J | T | BUY | 6/16 | J | | |
| 97. LAKE CNTY ILL CMNTY SCH DIST NO 050 ZERO | A | Interest | L | T | BUY | 9/23 | L | | |
| 98. VIRGINIA HSG DEV COMWLTH SER A | B | Interest | K | T | BUY | 7/12 | K | | |
| 99. DES MOINES IOWA STORMWATER | C | Interest | M | T | BUY | 6/22 | M | | |
| 100. IOWA ST UNIV SCIENCE & TECH | A | Interest | J | T | BUY | 11/5 | J | | |
| 101. FHLB | C | Interest | L | T | BUY | 3/24 | L | | |
| 102. FHLMC MED TERM NOTE | B | Interest | K | T | BUY | 3/24 | K | | |
| 103. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 104. MSDW LIQUID ASSET FUND | C | Interest | M | T | | | | | |
| 105. MCI CAP I QUP | A | Interest | | | SOLD | 4/27 | J | | |
| 106. INTL PPR 7.875% | A | Interest | | | SOLD | 1/14 | J | | |
| 107. TRANSCDA PL 8.2500% | B | Interest | J | T | | | | | |
| 108. HOUSEHOLD FINANCE CORP 6.0% | A | Interest | | | SOLD | 5/3 | J | A | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment          T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. HILTON HOTELS CORP NOTE 7.00% | A | Interest | | | SOLD | 7/15 | J | A | |
| 110. RYDER SYSTEM INC NOTE SER O | A | Interest | J | T | | | | | |
| 111. OCC PETE TOPRS | A | Interest | | | SOLD | 1/20 | J | A | |
| 112. TRW INC NOTES | A | Interest | | | SOLD | 6/1 | J | A | |
| 113. MISSOURI PACIFIC RR SER CE DEBENTURE | A | Interest | | | SOLD | 4/5 | J | A | |
| 114. SIMON DEBARTOLO GROUP CO GUARANTEE | A | Interest | J | T | | | | | |
| 115. OCC PETROLEUM | A | Interest | J | T | | | | | |
| 116. AT&T CORP 6.000% | B | Interest | K | T | | | | | |
| 117. FORD MOTOR CREDIT | A | Interest | J | T | | | | | |
| 118. HOUSEHOLD FINANCE | A | Interest | J | T | | | | | |
| 119. FORD MOTOR CREDIT | A | Interest | | | SOLD | 2/23 | K | | |
| 120. AMERICAN ELECTRIC POWER | B | Interest | K | T | | | | | |
| 121. GMAC | B | Interest | K | T | | | | | |
| 122. GMAC | B | Interest | K | T | | | | | |
| 123. GMAC | A | Interest | | | SOLD | 11/12 | K | | |
| 124. FHLMC MTN | A | Interest | | | SOLD | 3/17 | K | | |
| 125. FNMA | B | Interest | K | T | | | | | |
| 126. FHLMC MTN | A | Interest | | | SOLD | 10/1 | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. FHLMC MTN | B | Interest | K | T | | | | | |
| 128. FNMA | B | Interest | K | T | | | | | |
| 129. FNMA | A | Interest | | | SOLD | 3/29 | J | | |
| 130. SATURN | A | Interest | | | BUY | 2/2 | J | | |
| 131. SATURN | | | | | SOLD | 11/12 | J | | |
| 132. FHLB | B | Interest | L | T | BUY | 4/15 | G | | |
| 133. FHLMC MTN | A | Interest | K | T | BUY | 5/13 | K | | |
| 134. STANDARD & POORS DEP RECPTS | A | Dividend | K | T | BUY | 5/24 | K | | |
| 135. ALTRIA GROUP INC | A | Interest | K | T | BUY | 5/25 | K | | |
| 136. GMAC | A | Interest | K | T | BUY | 6/3 | K | | |
| 137. FNMA | A | Interest | K | T | BUY | 6/3 | K | | |
| 138. STANDARD & POORS MIDCAP 400 | A | Dividend | K | T | BUY | 7/29 | K | | |
| 139. FNMA | A | Interest | K | T | BUY | 7/29 | K | | |
| 140. ISHARES RUSSELL 2000 INDEX FD | | None | K | T | BUY | 10/11 | K | | |
| 141. PHARMACEUTICAL HOLDERS TR | A | Dividend | K | T | BUY | 10/11 | K | | |
| 142. GMAC | A | Interest | K | T | BUY | 12/8 | K | | |
| 143. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 144. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date _May 13 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544